IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 344 MOC WCM

| | |
|---|---|
| MARISSA DAVIS )<br> )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>MHC HEARING, LLC )<br>*doing business as* )<br>Elite Hearing Centers of America )<br> )<br>　　　　Defendant. )<br>_____ ) | ORDER |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (the "Application," Doc. 2).

Upon review of the Application, it appears that Plaintiff has limited income and assets and is entitled to proceed *in forma pauperis* in this case.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Doc. 2) is **GRANTED**, and Plaintiff is permitted to proceed without prepayment of the filing fee or giving security therefor.

2. The Court further **DIRECTS** that:

    a. Plaintiff shall prepare summonses for Defendant and submit the summonses to the Clerk within fourteen (14) days of the entry of this Order;

    b. Upon receipt of the summonses, the Clerk shall deliver process to the United States Marshals Service for service;

    c. The United States Marshals Service shall serve process upon Defendant at the expense of the United States Government; and

    d. Notwithstanding service of process by the United States Marshals Service as directed herein, Plaintiff remains responsible for making sure that service is effected properly pursuant to the Rules of Civil Procedure.

Signed: November 30, 2020

W. Carleton Metcalf
United States Magistrate Judge