IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00344-MOC-WCM

| | |
|---|---|
| MARISSA DAVIS | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| MHC HEARING, LLC *doing business as* Elite Hearing Centers of America | ) |
| Defendant. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 7) filed by W. Scott Jones. The Motion indicates that Mr. Jones, a member in good standing of the Bar of this Court, is local counsel for MHC Hearing, LLC *doing business as* Elite Hearing Centers of America and that he seeks the admission of Allan R. Holmes, Sr., who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 7) and **ADMITS** Allan R. Holmes, Sr. to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 26, 2021

W. Carleton Metcalf
United States Magistrate Judge